Los ANGELES INVESTMENT SECURITIES CORPORATION, Respondent, *v.* ALICE W. JOSLYN et al., Appellants.

Argued January 8, 1940; decided January 12, 1940.

*Frank L. Wiswall* and *Carl O. Olson* for motion.

*Robert E. Whalen* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days the Appellate Division resettles its order and certifies a question, in which event the motion is denied.